IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA REPUBLICAN PARTY, INC., et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:20-CV-05018-ELR |
| BRAD RAFFENSPERGER, *in his official capacity as the Secretary of State of Georgia*, et al., | * * * * | |
| Defendants. | * * | |

**O R D E R**

Presently before the Court is Plaintiffs' "Emergency Motion for Temporary Restraining Order and Preliminary Injunction." [Doc. 2]. Upon initial review, the Court **SCHEDULES** a hearing regarding the motion for **Monday, December 21, 2020, at 2:00 P.M.** in Courtroom 1708, U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia. The Court will only hear oral argument from counsel at the hearing. The Court **DIRECTS** the Parties to jointly submit, within five (5) days from the date of entry of this order, a joint proposed schedule of the hearing setting forth how much time is requested by each party for oral argument.

In light of the December 21 hearing, the Court sets the following expedited briefing schedule for Plaintiffs' motion: if Defendants intend to file a response to Plaintiffs' motion, they must do so by Wednesday, December 16, 2020. If Plaintiffs intend to file a reply, they must do so by Thursday, December 17, 2020. The Court **DIRECTS** the Parties to govern themselves according to the deadlines set herein.

**SO ORDERED**, this 11th day of December, 2020.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia