# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA REPUBLICAN PARTY, INC., et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:20-CV-05018-ELR |
| BRAD RAFFENSPERGER, *in his official capacity as the Secretary of State of Georgia*, et al., | * * * * | |
| Defendants. | * * | |

# O R D E R

Presently before the Court is the Democratic Party of Georgia and DSCC's (together, "Proposed Intervenors") Motion to Intervene. [Doc. 12]. Upon consideration, the Court **GRANTS** the Proposed Intervenors' motion. [Doc. 12]. The Court **DIRECTS** the Clerk to add these entities as Parties to this action and to docket their proposed Answer to Plaintiffs' Complaint. [Doc. 12-1].

**SO ORDERED**, this 14th day of December, 2020.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia