**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| GEORGIA REPUBLICAN PARTY, INC., et al., | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | 1:20-CV-05018-ELR |
| | * | |
| BRAD RAFFENSPERGER, *in his official capacity as the Secretary of State of Georgia*, et al., | * | |
| | * | |
| | * | |
| | * | |
| Defendants, | * | |
| | * | |
| DEMOCRATIC PARTY OF GEORGIA, INC. and DSCC, | * | |
| | * | |
| | * | |
| Intervenor-Defendants. | * | |
| | * | |

———————

**O R D E R**

———————

On December 11, 2020, the Court scheduled a hearing on Plaintiffs' "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" [Doc. 2], for Monday, December 21, 2020 at 2:00 P.M. [Doc. 11]. At the request of the Parties, the Court hereby **RESCHEDULES** the hearing to **Thursday, December 17, at 9:30 A.M.** Additionally, at the request of the Parties, the hearing will now be conducted via Zoom. The undersigned's Courtroom Deputy, Mrs. Michelle Beck, will provide the login information for the hearing to the Parties and

counsel.[1]  The Court will only hear oral argument from counsel at the hearing.  The Court **DIRECTS** the Parties to jointly submit, within one (1) day from the date of entry of this order, a joint proposed schedule of the hearing setting forth how much time is requested by each party for oral argument.

In light of the new hearing date of December 17, 2020, the Court sets the following expedited briefing schedule for Plaintiffs' motion: if Defendants and/or Defendant-Intervenors intend to file a response to Plaintiffs' motion, they must do so by **12:00 P.M. on Wednesday, December 16, 2020.**  If Plaintiffs intend to file a reply, they must do so by **10:00 P.M. on Wednesday, December 16, 2020.**

The Court **DIRECTS** the Parties to govern themselves according to the deadlines set herein.

**SO ORDERED**, this 14th day of December, 2020.


_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] Should the Parties have any questions after receiving the email containing the Zoom information, they may contact Mrs. Beck at Michelle_Beck@gand.uscourts.gov.