## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA REPUBLICAN PARTY, INC., et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:20-CV-05018-ELR |
| BRAD RAFFENSPERGER, *in his official capacity as the Secretary of State of Georgia*, et al., | * * * * | |
| Defendants, | * * | |
| DEMOCRATIC PARTY OF GEORGIA and DSCC, | * * * | |
| Intervenor-Defendants. | * * | |

_____

# O R D E R
_____

On December 11, 2020, the Court scheduled a hearing on Plaintiffs' "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" [Doc. 2] for Monday, December 21, 2020 at 2:00 P.M. [Doc. 11]. At the request of the Parties, the Court rescheduled the hearing for Thursday, December 17, 2020, at 9:30 A.M. (to take place via Zoom). [Doc. 17]. Subsequently, the Parties again requested a new hearing time. Thus, the Court hereby **RESCHEDULES** the hearing on Plaintiffs' motion for **Thursday, December 17, 2020, at 3:00 P.M.** The hearing

will be conducted via Zoom.  The undersigned's Courtroom Deputy, Mrs. Michelle Beck, will provide the login information for the hearing to the Parties and counsel.[1]  **The Court will only hear oral argument from counsel at the hearing.**  As the Court directed in its previous Order, the Parties shall jointly submit a proposed schedule **on Tuesday, December 15, 2020,** setting forth how much time each Party requests for oral argument.  [See id. at 2].

The briefing schedule set forth in the Court's previous Order remains the same: if Defendants and/or Defendant-Intervenors intend to file a response to Plaintiffs' motion, they must do so by **12:00 P.M. on Wednesday, December 16, 2020.**  [Id.]  If Plaintiffs intend to file a reply, they must do so by **10:00 P.M. on Wednesday, December 16, 2020.**  [Id.]

The Court **DIRECTS** the Parties to govern themselves according to the deadlines set herein.

**SO ORDERED**, this 15th day of December, 2020.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] Should the Parties have any questions after receiving the email containing the Zoom information, they may contact Mrs. Beck at Michelle_Beck@gand.uscourts.gov.