# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA REPUBLICAN PARTY, INC.**, et al., <br><br>           **Plaintiffs,** <br><br> v. <br><br> **BRAD RAFFENSPERGER**, et al., <br><br>           **Defendants.** | Case No.  1:20CV5018 |

## JOINT PROPOSED HEARING SCHEDULE

Plaintiffs and Defendants, by counsel, pursuant to the Court's Order Dated December 15, 2020 [Doc. 23], hereby submit the times each party requests for oral argument during the hearing on Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 2; and 2.1]:

1. Plaintiffs propose one (1) hour, which shall include any rebuttal argument.

2. Defendants Brad Raffensperger, in his official capacity as Secretary of State along with all other Defendant members of the Georgia State Election Board and Defendants Democratic Party of Georgia and DSCC propose one (1) hour to be split between them.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court adopt the proposed schedule as set forth herein.

Respectfully submitted this 15th day of December, 2020.

/s/ *Peter N. Farley*
Peter N. Farley
Georgia Bar No. 255165
McGuireWoods LLP
Suite 2100, Promenade
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3534
Telephone:   (404) 443-5500
Facsimile:   (404) 443-5599
pfarley@mcguirewoods.com

George J. Terwilliger, III (*pro hac pending*)
Michael Francisco (*pro hac pending*)
Brooks H. Spears (*pro hac pending*)
McGuireWoods LLP
2001 K Street, N.W.
Suite 400
Washington, D.C.  20006-1040
Telephone:   (202) 857-1700
Facsimile:   (202) 857-1737
gterwilliger@mcguirewoods.com

Richard Cullen (*pro hac pending*)
McGuireWoods LLP
800 E. Canal Street
Richmond, VA  23219
Telephone:   (804) 775-1000
Facsimile:   (804) 775-1061

rcullen@mcguirewoods.com

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Plaintiffs' Certificate of Interested Persons and Corporate Disclosure Statement has been prepared in accordance with the font type and margin requirements of L.R. 5.1, NDGa, using font type of Times New Roman and a point size of 14.

Dated: December 15, 2020

*Counsel for Plaintiffs*

*/s/ Peter N. Farley*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing in the above-captioned matter to be filed with the United States District Court for the Northern District of Georgia, Atlanta Division, via the Court's CM-ECF system.

Dated:  December 15, 2020

                                                */s/ Peter N. Farley*
                                               Peter N. Farley
                                               Georgia Bar No. 255165
                                               MCGUIREWOODS LLP
                                               Suite 2100, Promenade
                                               1230 Peachtree Street, N.E.
                                               Atlanta, Georgia 30309-3534
                                               Telephone:   (404) 443-5500
                                               Facsimile:   (404) 443-5599
                                               pfarley@mcguirewoods.com

                                               *Counsel for Plaintiffs*