IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA REPUBLICAN PARTY, INC., et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:20-CV-05018-ELR |
| BRAD RAFFENSPERGER, *in his official capacity as the Secretary of State of Georgia*, et al., | * * * * | |
| Defendants, | * * | |
| DEMOCRATIC PARTY OF GEORGIA and DSCC, | * * * | |
| Intervenor-Defendants. | * * | |

_____

**O R D E R**

_____

Presently before the Court is the Parties' "Joint Proposed Hearing Schedule" [Doc. 24] for the December 17, 2020 hearing on Plaintiffs' "Emergency Motion for Temporary Restraining Order and Preliminary Injunction." [Doc. 2]. Upon review, the Court **GRANTS** the Parties' motion. [Doc. 24].

**SO ORDERED**, this 16th day of December, 2020.

*Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia