UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA REPUBLICAN PARTY, INC.**, et al., <br><br> **Plaintiffs,** <br><br> v. <br><br> **BRAD RAFFENSPERGER**, et al., <br><br> **Defendants.** | Case No. 1:20CV5018 |

**PLAINTFFS' NOTICE OF FILING OF DECLARATIONS IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs Georgia Republican Party, Inc., NRSC, Perdue for Senate, Inc., and Georgians for Kelly Loeffler, Inc. (collectively, "Plaintiffs"), by counsel, hereby provide notice that pursuant to the Court's Order dated December 16, 2020 [Doc. 37], the following Declarations are being filed in support of Plaintiffs' previously filed Emergency Motion for Temporary Restraining Order and Preliminary Injunction (the "Emergency Motion") [Doc. 2, 2-1]:

1. Declaration of Benjamin Grayson (Exh. 1)

2. Declaration of Darby Grant (Exh. 2)

3. Declaration of Stewart Bragg (Exh. 3)

4. Declaration of Benjamin Fry (Exh.. 4)

5. Declaration of Jason Sorens, Pd.D. (Exh. 5)

6. Declaration of Scott E. Gessler (Exh. 6)

Respectfully submitted this 16th day of December, 2020.

/s/ Peter N. Farley
Peter N. Farley
Georgia Bar No. 255165
MCGUIREWOODS LLP
Suite 2100, Promenade
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3534
Telephone:   (404) 443-5500
Facsimile:   (404) 443-5599
pfarley@mcguirewoods.com

George J. Terwilliger, III
Michael Francisco
MCGUIREWOODS LLP
2001 K Street, N.W.
Suite 400
Washington, D.C.  20006-1040
Telephone:   (202) 857-1700
Facsimile:   (202) 857-1737
gterwilliger@mcguirewoods.com
mfrancisco@mcguirewoods.com

Brooks H. Spears
MCGUIREWOODS LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102-4215
Telephone:   (703) 712-5000
Facsimile:   (703) 712-5050
bspears@mcguirewoods.com

Richard Cullen
MCGUIREWOODS LLP
800 E. Canal Street
Richmond, VA  23219
Telephone:    (804) 775-1000
Facsimile:    (804) 775-1061
rcullen@mcguirewoods.com


*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Notice of Filing of Declarations in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction has been prepared in accordance with the font type and margin requirements of L.R. 5.1, NDGa, using font type of Times New Roman and a point size of 14.

Dated: December 16, 2020

*Counsel for Plaintiffs*

*/s/ Peter N. Farley*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing in the above-captioned matter to be filed with the United States District Court for the Northern District of Georgia, Atlanta Division, via the Court's CM-ECF system.

December 16, 2020

>
> */s/ Peter N. Farley*
> Peter N. Farley
> Georgia Bar No. 255165
> MCGUIREWOODS LLP
> Suite 2100, Promenade
> 1230 Peachtree Street, N.E.
> Atlanta, Georgia 30309-3534
> Telephone:   (404) 443-5500
> Facsimile:   (404) 443-5599
> pfarley@mcguirewoods.com
>
> *Counsel for Plaintiffs*