# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA REPUBLICAN PARTY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, et al., <br><br> Defendants. | Case No. 1:20CV5018 |

DECLARATION OF BENJAMIN GRAYSON IN SUPPORT OF
PLAINTIFF GEORGIANS FOR KELLY LOEFFLER, INC.'S
EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

I, Benjamin Grayson, declare as follows in support of the Emergency Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff Georgians for Kelly Loeffler, Inc. ("Loeffler Campaign"), among others, in the above-captioned matter:

1. I am over the age of 18 and competent to testify in this matter.

2. I have personal knowledge about the matters stated in this Declaration.

3. I am currently employed by the Loeffler Campaign in the position of Political Director.

4. I am authorized to make this Declaration on behalf of the Loeffler Campaign.

5. The Loeffler Campaign is a Georgia nonprofit corporation with its principal place of business in Roswell, Georgia.

6. The Loeffler Campaign is the principal campaign committee supporting Kelly L. Loeffler's campaign for the United States Senate, within the meaning of 52 U.S.C. § 30102(e).

7. The mission of the Loeffler Campaign is to undertake all reasonable efforts to secure Senator Kelly Loeffler's election in the upcoming special runoff election.

8. To accomplish its mission, the Loeffler Campaign has spent more than $61 million in campaign support and operations.

9. Senator Loeffler expects her campaign to take reasonable actions to ensure that the special runoff election is conducted in accordance with laws that require the rejection of absentee ballots with invalid signatures. Such actions are necessary to protect the Senator's interest in a fair and competitive election.

10. If absentee ballots with invalid signatures are counted in the special runoff election, the results of the election may be affected. Moreover, by undertaking actions to ensure proper vote-counting, the Loeffler Campaign's resources are necessarily diverted from the impending special runoff election.

11.  These harms will become irreparable after election officials begin opening absentee ballot envelopes containing the voter's signature and separating the ballots from envelops, as scheduled to start as soon as December 21, 2020. Once that occurs, there will be no way to prevent invalid votes from being counted if a signature is determined to be invalid.

12.  For these reasons, the Loeffler Campaign has a specific, concrete, and immediate interest in ensuring that absentee ballots with invalid signatures are rejected in accordance with applicable law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2020.

_____
Benjamin Grayson