# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA REPUBLICAN PARTY, INC., et al.,<br><br>                  Plaintiffs,<br><br>   v.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>                  Defendants. | Case No.  1:20CV5018 |

**DECLARATION OF DARBY GRANT IN SUPPORT PLAINTIFF NRSC'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Darby Grant, declare as follows in support of the Emergency Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff NRSC, among others, in the above-captioned matter:

1. I am over the age of 18 and competent to testify in this matter.

2. I have personal knowledge about the matters stated in this Declaration.

3. I am currently employed by the NRSC in the position of Deputy General Counsel, which I have held since January 6, 2020.

4. I am authorized to make this Declaration on behalf of the NRSC.

5. The NRSC is a Washington, D.C. nonprofit corporation with its principal office in Washington, D.C.

6. The NRSC is the principal national political party committee focused on electing Republican candidates to the U.S. Senate. The NRSC is a Republican committee that is established and maintained as a national political party, as defined in 11 C.F.R. § 110.2(c)(2)(iii) and 52 U.S.C. § 30116(h).

7. The NRSC is registered with the Federal Election Commission ("FEC") as a political committee, and is recognized by the FEC as a national political party committee.

8. The NRSC is a national organization solely devoted to strengthening the Republican Senate Majority and electing Republicans to the United States Senate. The NRSC accomplishes this mission by supporting and assisting current and prospective Republican U.S. Senate candidates throughout the country, including in Georgia, in the areas of budget planning, election law compliance, fundraising, communications tools and messaging, and research and strategy

9. In 2020, the NRSC made substantial contributions and expenditures to support the two Republican Senate candidates in Georgia in the November 3, 2020 general election, it has already made substantial contributions and expenditures to support these candidates in the January 5, 2021 runoff, and it intends to make further expenditures in connection with the runoff election.

10. The NRSC's stated mission is to elect Republicans to the U.S. Senate and to provide support and assistance to current and prospective Republican U.S.

Senate candidates. To that end, the NRSC has spent millions of dollars to support Senators Loeffler and Perdue in the upcoming runoff election in Georgia.

11. The NRSC frequently represents the interests of Republican Members of the U.S. Senate, including Senators Kelly Loeffler and David Perdue, who are candidates for election.

12. Senators Loeffler and Perdue expect the NRSC to take reasonable actions to ensure that the runoff election is conducted in accordance with laws that require the rejection of absentee ballots with invalid signatures. Such actions are necessary to protect the Senators' interest in a fair and competitive election.

13. If absentee ballots with invalid signatures are counted in the runoff election, the results of the election will be affected. Moreover, by undertaking actions to ensure proper vote-counting, the NRSC's resources are necessarily diverted from the impending runoff election.

14. These harms will become irreparable after election officials begin opening absentee ballot envelopes containing the voter's signature and separating the ballots from envelops, as scheduled to start as soon as December 21, 2020. Once that occurs, there will be no way to prevent invalid votes from being counted if a signature is determined to be invalid.

15. For these reasons, the NRSC has a specific, concrete, and immediate interest in ensuring that absentee ballots with invalid signatures are rejected in accordance with applicable law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2020.

*Darby Grant* (signature)

_____
Darby Grant