# Exhibit 3

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA REPUBLICAN PARTY, INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, et al.,**<br><br>Defendants. | Case No. 1:20CV5018 |

## DECLARATION OF STEWART BRAGG IN SUPPORT PLAINTIFF GEORGIA REPUBLICAN PARTY, INC.'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Stewart Bragg, declare as follows in support of the Emergency Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff Georgia Republican Party, Inc. ("GRP"), among others, in the above-captioned matter:

1. I am over the age of 18 and competent to testify in this matter.

2. I have personal knowledge about the matters stated in this Declaration.

3. I am currently employed by the GRP in the position of Executive Director, which I have held since ___2/1/19___.

4. I am authorized to make this Declaration on behalf of the GRP.

5. The GRP is a Georgia nonprofit corporation with its principal office in Atlanta, Georgia.

6. The GRP is governed by the Rules of the Georgia Republican Party, Inc. ("Rules"). Under Rule 1.1, all qualified voters "who are in accord with the principles of the Republican Party, believe in its declaration of policy and are in agreement with its aims and purposes" can be members of the GRP. These members include voters across the State of Georgia who support the re-election of Senators Kelly Loeffler and David Perdue in the upcoming runoff election.

7. Additionally, Senators Loeffler and Perdue are non-voting members of the GRP's State Committee (Rule 2.2(P)(1)(a)) and the GRP's State Executive Committee (Rule 3.2(B)(1)(a)).

8. The GRP's stated mission is to work with donors, activists, and candidates to elect Republicans. To that end, the GRP has spent millions of dollars, as well as significant time and resources, towards re-electing Senators Loeffler and Perdue.

9. The GRP's members expect the GRP to take reasonable actions to ensure that members' votes will have the greatest possible impact on the upcoming runoff election for Georgia's U.S. Senate seats. This includes actions to ensure that absentee ballots with invalid signatures are rejected in accordance with applicable law.

10. Senators Loeffler and Perdue, who are also members of the GRP, further expect the GRP to take reasonable actions to ensure that the runoff election is conducted in accordance with laws that require the rejection of absentee ballots with invalid signatures. Such actions are necessary to protect the Senators' interest in a fair and competitive election.

11. If absentee ballots with invalid signatures are counted in the runoff election, the votes of the GRP's members will be diluted and the results of the election will be affected. Moreover, by undertaking actions to ensure proper vote-counting, the GRP's resources are necessarily diverted from the impending runoff election.

12. These harms will become irreparable after election officials begin counting absentee ballots on December 21, 2020, at which time officials will begin separating each absentee ballot from the envelope containing the voter's signature. Once that occurs, there will be no way to determine whether the signature was valid or not.

13. For these reasons, the GRP has a specific, concrete, and immediate interest in ensuring that absentee ballots with invalid signatures are rejected in accordance with applicable law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2020.

*Stewart Bragg*
Stewart Bragg

4