# Exhibit 4

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA REPUBLICAN PARTY, INC., et al.,**<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, et al.,**<br><br>　　　　　　　　Defendants. | Case No. 1:20CV5018 |

## DECLARATION OF BENJAMIN FRY IN SUPPORT PLAINTIFF PERDUE FOR SENATE, INC.'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Benjamin Fry, declare as follows in support of the Emergency Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff Perdue for Senate, Inc. ("Perdue Campaign"), among others, in the above-captioned matter:

1. I am over the age of 18 and competent to testify in this matter.

2. I have personal knowledge about the matters stated in this Declaration.

3. I am currently employed by the Perdue Campaign in the position of Campaign Manager, which I have held since June 2019.

4. I am authorized to make this Declaration on behalf of the Perdue Campaign.

5. The Perdue Campaign is a Georgia nonprofit corporation with its principal place of business in Atlanta, Georgia.

6. The Perdue Campaign is the principal campaign committee supporting David A. Perdue's campaign for the United States Senate, within the meaning of 52 U.S.C. § 30102(e).

7. The mission of the Perdue Campaign is to undertake all reasonable efforts to secure Senator David Perdue's re-election in the upcoming runoff election.

8. To accomplish its mission, the Perdue Campaign has spent more than $40 million in campaign support and operations related to the runoff election.

9. Senator Perdue expects his campaign to take reasonable actions to ensure that the runoff election is conducted in accordance with laws that require the rejection of absentee ballots with invalid signatures. Such actions are necessary to protect the Senator's interest in a fair and competitive election.

10. If absentee ballots with invalid signatures are counted in the runoff election, the results of the election will be affected. Moreover, by undertaking actions to ensure proper vote-counting, the Perdue Campaign's resources are necessarily diverted from the impending runoff election.

11. These harms will become irreparable after election officials begin opening absentee ballot envelopes containing the voter's signature and separating the ballots from envelops, as scheduled to start as soon as December 21, 2020. Once that occurs, there will be no way to prevent invalid votes from being counted if a signature is determined to be invalid.

12. For these reasons, the Perdue Campaign has a specific, concrete, and immediate interest in ensuring that absentee ballots with invalid signatures are rejected in accordance with applicable law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2020.

_____
Benjamin Fry