# Exhibit 5

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA REPUBLICAN PARTY, INC., et al.,**<br><br>     **Plaintiffs,**<br><br> v.<br><br>**BRAD RAFFENSPERGER, et al.,**<br><br>     **Defendants.** | Case No. 1:20CV5018 |

## DECLARATION OF JASON SORENS, PH.D., IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Jason Sorens, Ph.D., declare as follows in support of the Emergency Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion") filed by Plaintiffs Georgians for Kelly Loeffler, Inc., Perdue for Senate, Inc., NRSC, and Georgia Republican Party, Inc. (collectively, "Plaintiffs") in the above-captioned matter:

1. I am over the age of 18 and competent to testify in this matter.

2. I have personal knowledge about the matters stated in this Declaration.

3. I have been engaged to provide my expert analysis and opinions and, if necessary, to testify in this case.

4.	True and accurate copies of my expert report and curriculum vitae are attached as Exhibit A to the Motion, at ECF 2-2. Also attached to this Declaration as <u>Attachments 1, 2, and 3</u> are true and accurate copies of the spreadsheets that provide further support for my analysis and opinions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2020.

*[signature]*

Jason Sorens, Ph.D.

# Attachment 1
(Native Excel File Provided to Court and Counsel of Record via E-mail on 12/15/2020)

# Attachment 2

(Native Excel File Provided to Court and Counsel of Record via E-mail on 12/15/2020)

# Attachment 3

(Native Excel File Provided to Court and Counsel of Record via E-mail on 12/15/2020)