# Exhibit 6

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA REPUBLICAN PARTY, INC., et al.,**<br><br>      **Plaintiffs,**<br><br> v.<br><br>**BRAD RAFFENSPERGER, et al.,**<br><br>      **Defendants.** | Case No. 1:20CV5018 |

**DECLARATION OF SCOTT E. GESSLER IN SUPPORT PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

  I, Scott E. Gessler, declare as follows in support of the Emergency Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion") filed by Plaintiffs Georgians for Kelly Loeffler, Inc., Perdue for Senate, Inc., NRSC, and Georgia Republican Party, Inc. (collectively, "Plaintiffs") in the above-captioned matter:

  1. I am over the age of 18 and competent to testify in this matter.

  2. I have personal knowledge about the matters stated in this Declaration.

  3. I have been engaged to provide my expert analysis and opinions and, if necessary, to testify in this case.

4. A true and accurate copy of my expert report is attached as Exhibit B to the Motion, at ECF 2-3. The report contains a typo in the second sentence of Paragraph 17, which should read as follows: "This rate is approximately 8 times greater than Georgia's pre-cure rejection rate of 0.05%."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2020.

_____
Scott E. Gessler