# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-05018-ELR
## Georgia Republican Party, Inc. et al v. Raffensperger et al
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 12/17/2020.

TIME COURT COMMENCED: 3:15 P.M.
TIME COURT CONCLUDED: 5:05 P.M.
TIME IN COURT: 1:50
OFFICE LOCATION: Atlanta

COURT REPORTER: Elizabeth Cohn
CSO/DUSM: Kevin Woodall
DEPUTY CLERK: Harry Martin

ATTORNEY(S) PRESENT:
Amanda Callais representing DSCC
Amanda Callais representing Democratic Party of Georgia
Susan Coppedge representing DSCC
Susan Coppedge representing Democratic Party of Georgia
Peter Farley representing Georgia Republican Party, Inc.
Peter Farley representing Georgians for Kelly Loeffler
Peter Farley representing National Republican Senatorial Committee
Peter Farley representing Perdue for Senate
Michael Francisco representing Georgia Republican Party, Inc.
Michael Francisco representing Georgians for Kelly Loeffler
Michael Francisco representing National Republican Senatorial Committee
Michael Francisco representing Perdue for Senate
John Geise representing DSCC
John Geise representing Democratic Party of Georgia
Charlene McGowan representing Anh Le
Charlene McGowan representing Brad Raffensperger
Charlene McGowan representing David J. Worley
Charlene McGowan representing Matthew Mashburn
Charlene McGowan representing Rebecca N. Sullivan
Adam Sparks representing DSCC
Adam Sparks representing Democratic Party of Georgia
Brooks Spears representing Georgia Republican Party, Inc.
Brooks Spears representing Georgians for Kelly Loeffler
Brooks Spears representing National Republican Senatorial Committee
Brooks Spears representing Perdue for Senate

|  |  |
|---|---|
|  | George Terwilliger representing Georgia Republican Party, Inc. |
|  | George Terwilliger representing Georgians for Kelly Loeffler |
|  | George Terwilliger representing National Republican Senatorial Committee |
|  | George Terwilliger representing Perdue for Senate |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [2]Motion for TRO DENIED<br>[27]Motion to Dismiss GRANTED |
| MINUTE TEXT: | Video Hearing re Motion for TRO. Oral argument from the parties and the Court ruled from the bench. Case DISMISSED. See transcript for detail. |
| HEARING STATUS: | Hearing Concluded |