# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA REPUBLICAN PARTY, INC., NATIONAL REPUBLICAN SENATORIAL COMMITTEE, PERDUE FOR SENATE, and GEORGIANS FOR KELLY LOEFFLER,**<br><br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, in his official capacity as the Secretary of State of Georgia, REBECCA N. SULLIVAN, in her official capacity as the Vice Chair of the State Election Board, DAVID J WORLEY, MATTHEW MASHBURN, and ANH LE, in their official capacity as Members of the State Election Board,**<br><br>Defendants. | Case No. 1:20-CV-05018-ELR<br><br>NOTICE OF APPEAL |

## NOTICE OF APPEAL

Notice is hereby given that Georgia Republican Party, Inc., National Republican Senatorial Committee, Perdue for Senate, and Georgians for Kelly Loeffler, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Oral Order issued by the Honorable Eleanor L. Ross dated December 17, 2020, granting Defendants' Motion

to Dismiss and denying Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

December 18, 2020

By: /s/ Peter N. Farley

Peter N. Farley (GA Bar No. 255165)
1230 Peachtree Street, N.E.
Promenade, Suite 2100
Atlanta, GA 30309-3534
Tel: 404-443-5500
Fax: 404-443-5599
pfarley@mcguirewoods.com

George J. Terwilliger*
Michael Francisco*
Brooks H. Spears*
2001 K Street N.W., Suite 400
Washington, DC 20006
Tel: 202-857-1700
Fax: 202-857-1737
gterwilliger@mcguirewoods.com
mfrancisco@mcguirewoods.com
bspears@mcguirewoods.com

Richard Cullen*
800 East Canal Street
Richmond, VA 23219-3916
Tel: 804-775-1000
Fax: 804-775-1061
rcullen@mcguirewoods.com

*Counsel for Plaintiffs*

*Admitted Pro Hac Vice*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Notice of Appeal has been prepared in accordance with the font type and margin requirements of L.R. 5.1, NDGa, using font type of Times New Roman and a point size of 14.

Dated: December 18, 2020

*Counsel for Plaintiffs*

*/s/ Peter N. Farley*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the foregoing in the above-captioned matter to be filed with the United States District Court for the Northern District of Georgia, Atlanta Division, via the Court's CM-ECF system

Dated: December 18, 2020

*Counsel for Plaintiffs*

*/s/ Peter N. Farley*