# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

DOCKETING SECTION
404-215-1655

December 18, 2020

Clerk of Court
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

      **U.S.D.C. No.:** 1:20-cv-5018-ELR
      **U.S.C.A. No.:** 00-00000-00
      **In re:**     Georgia Republican Party, Inc. et al v. Brad Raffensperger et al

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified Notice of Appeal, Docket Sheet, Judgment and/or Order appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on: . |
| | There is no transcript. |
| **X** | **The court reporter is Elizabeth Cohn.** |
| | There is sealed material as described below: . |
| | Other: . |
| **X** | **Fees paid electronically on 12/18/20. (Receipt# AGANDC-10510750)** |
| | Appellant has been   leave to appeal *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Eleanor L. Ross.** |
| | This is a **DEATH PENALTY** appeal. |

                                                Sincerely,

                                                James N. Hatten
                                                District Court Executive
                                               and Clerk of Court

                                    By:   /s/P. McClam
                                                 Deputy Clerk

Enclosures