# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA REPUBLICAN PARTY, INC., et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:20-CV-05018-ELR |
| BRAD RAFFENSPERGER, *in his official capacity as the Secretary of State of Georgia*, et al., | * * * * | |
| Defendants, | * * | |
| DEMOCRATIC PARTY OF GEORGIA and DSCC, | * * * | |
| Intervenor-Defendants. | * * | |

_____

# O R D E R
_____

Presently before the Court is Plaintiffs' "Emergency Motion for Injunction Pending Appeal." [Doc. 47]. By their motion, Plaintiffs ask this Court, pursuant to Federal Rule of Civil Procedure 62 and Local Rule 7.2(B), "to order that no absentee ballots cast in the 2021 special runoff election for Georgia's U.S. Senate seats be opened pending the adjudication of Plaintiffs' expedited appeal of" the Court's December 17, 2020 ruling to deny Plaintiffs' motion for preliminary injunction

[Doc. 2] and grant Defendants' motion to dismiss [Doc. 27].  [See Doc. 46]; see also FED. R. CIV. P. 62; LR 7.2(B), NDGa. (allowing for emergency motions).

On December 18, 2020, Plaintiffs appealed this case.  [Doc. 48].  On December 20, 2020, the Eleventh Circuit denied Plaintiffs' appeal.  [Doc. 52].

Accordingly, the Court **DENIES AS MOOT** Plaintiffs' "Emergency Motion for Injunction Pending Appeal." [Doc. 47].  The Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**, this 21st day of December, 2020.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia