UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA REPUBLICAN PARTY, INC., NATIONAL REPUBLICAN SENATORIAL COMMITTEE, PERDUE FOR SENATE, and GEORGIANS FOR KELLY LOEFFLER,<br><br>     Plaintiffs,<br><br>vs.<br><br>BRAD RAFFENSPERGER, REBECCA N. SULLIVAN, DAVID J. WORLEY, MATTHEW MASHBURN, and ANH LE,<br><br>     Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-05018-ELR |

## J U D G M E N T

This action having come before the Court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Defendants' Motion to Dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 21st day of December, 2020.

               JAMES N. HATTEN
               CLERK OF COURT


            By: s/Jessica Kelley
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 21, 2020
James N. Hatten
Clerk of Court

By: s/Jessica Kelley
   Deputy Clerk